**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-10-2220-TUC-FJM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Fernando Garcia-Saavedra, | ) ) | |
| Defendant. | ) ) ) | |

The court has before it a letter dated January 25, 2015 from the defendant, asking that a warrant in this case be resolved before he completes his sentence. (Doc. 46). However, a review of the docket fails to show the existence of violation proceedings or an outstanding warrant under this cause number, and the related CR-12-1578-PHX-FJM.

DATED this 13th day of February, 2015.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge